# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Knox

v.

Palestine Liberation Organization

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

MC 07-157

Case Number: 03-cv-4466 (vm)

I, J. Michael Mcmahon, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____August 1, 2006_____, as it appears in the records of this court, and that

\* an appeal was taken from this judgment and the appeal was dismissed by order entered on February 26, 2007.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 13 2007 ★
BROOKLYN OFFICE

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

_____APRIL 13, 2007_____
Date

J. Michael McMahon
Clerk

(By) Deputy Clerk

---

\* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date].* ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

Case 1:07-mc-00157-UA   Document 1   Filed 04/13/2007   Page 2 of 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
LESLYE KNOX, et al.,

           Plaintiffs,        03 CIVIL 4466 (VM)

-against-                  **JUDGMENT**

THE PALESTINE LIBERATION ORGANIZATION, et al.,

           Defendants.
-------------------------------------------------------X

Whereas on June 6, 2006, the Honorable Theodore H. Katz, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that the Court authorize entry of judgment awarding damages to plaintiffs against defendants Palestine Liberation Organization and Palestinian Authority in this action in amounts that total $192,740,660.13, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on July 11, 2006, having rendered its Decision and Order adopting the report in its entirety and directing the Clerk of the Court to enter judgments against defendants Palestine Liberation Organization and Palestinian Authority in favor of each of the plaintiffs in the respective amount set forth below:

| | |
|---|---|
| The Estate of Aharon Ellis | $ 5,240,660.13 |
| Leslye Knox | $ 30,000,000.00 |
| Jordan Terrell Ellis | $ 15,000,000.00 |
| Reuven Carter | $ 15,000,000.00 |
| Shanon Carter | $ 15,000,000.00 |
| Shayrah Carter | $ 15,000,000.00 |
| Yoshavyah Carter | $ 15,000,000.00 |
| Amitai Carter | $ 15,000,000.00 |

| | |
|---|---|
| Prince Shaleak | $ 15,000,000.00 |
| Mellonee Ellis | $ 15,000,000.00 |
| Francine Ellis | $ 7,500,000.00 |
| Lynne Ellis | $ 7,500,000.00 |
| Yihonaday Ellis | $ 7,500,000.00 |
| Tsaphrirah Ellis | $ 7,500,000.00 |
| Aron Carter | $ 7,500,000.00 |
| **TOTAL AWARD** | **$192,740,660.13,** |

it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 11, 2006, the report is adopted in its entirety and judgments are entered against defendants Palestine Liberation Organization and Palestinian Authority in favor of each of the plaintiffs in the respective amount set forth below:

| | |
|---|---|
| The Estate of Aharon Ellis | $ 5,240,660.13 |
| Leslye Knox | $ 30,000,000.00 |
| Jordan Terrell Ellis | $ 15,000,000.00 |
| Reuven Carter | $ 15,000,000.00 |
| Shanon Carter | $ 15,000,000.00 |
| Shayrah Carter | $ 15,000,000.00 |
| Yoshavyah Carter | $ 15,000,000.00 |
| Amitai Carter | $ 15,000,000.00 |
| Prince Shaleak | $ 15,000,000.00 |
| Mellonee Ellis | $ 15,000,000.00 |
| Francine Ellis | $ 7,500,000.00 |
| Lynne Ellis | $ 7,500,000.00 |
| Yihonaday Ellis | $ 7,500,000.00 |
| Tsaphrirah Ellis | $ 7,500,000.00 |
| Aron Carter | $ 7,500,000.00 |
| **TOTAL AWARD** | **$192,740,660.13;** |

accordingly, the case is closed.

Dated: New York, New York
August 1, 2006

J. MICHAEL McMAHON

BY: _____
Clerk of Court

_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON __8/1/06__

J. MICHAEL McMAHON
CLERK OF COURT

BY _____
DEPUTY CLERK