UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
LESLYE KNOX, individually, as personal representative of the
Estate of Aharon Ellis and as natural guardian of plaintiffs Jordan
Terrell Ellis, Reuven Carter, Shanon Carter, Shayrah Carter,
Yoshavyah Carter and Amitai Carter,
JORDAN TERRELL ELLIS, minor,
REUVEN CARTER, minor,                                              Civ. No. 07-mc-00157-UA
SHANON CARTER, minor,
SHAYRAH CARTER, minor,
YOSHAVYAH CARTER, minor,
AMITAI CARTER, minor,
PRINCE SHALEAK,
MELLONEE ELLIS,
FRANCINE ELLIS,
LYNNE ELLIS,
YIHONADAV ELLIS,
TSAPHRIRAH ELLIS and
ARON CARTER,

                      Plaintiffs – Judgment Creditors,

        v.

THE PALESTINE LIBERATION ORGANIZATION and
THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian
Interim Self-Government Authority" and/or "The Palestinian
Council" and/or "The Palestinian National Authority"),

                      Defendants – Judgment Debtors.

--------------------------------------------------------------------------------X

       Please take notice that the undersigned appears herein as counsel for the plaintiffs and demands that all papers served herein be served upon him.

                                  JAROSLAWICZ & JAROS, ESQS.
                                  *Attorneys for the plaintiffs*

                         by: _____
                            Robert J. Tolchin

                       150 William Street, 19th Floor
                       New York, New York 10038
                       (212) 227-2780